**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| KEVIN W. BREWTON, AND ) | |
| CHERYL E. BREWTON, ) | Case No: 13-22212-CMB |
|         Debtors. ) | |
| ) | Chapter 13 |
| DAI ROSENBLUM, ESQ. ) | |
| ) | Related to Document No.: 148 |
|         Applicant/Movant, ) | |
| ) | |
|         v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING APPLICATION FOR COMPENSATION**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on February 8, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Kevin W. Brewton
Cheryl E. Brewton
1248 St. Rt. 551-351 North
Enon Valley, PA 16120

Midland Mortgage
ATTN: DAC
P.O. Box 268806
Oklahoma City, OK 73126-8806

MidFirst Bank
999 NW Grand Blvd., Ste. 100
Oklahoma City, OK 73162

Chris Giessmann
MidFirst Bank
777 N.W. Grand Blvd.
Oklahoma City, OK 73118

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

AAS Debt Recovery
PO Box 129
Monroeville, PA 15146

Alliance Community Hospital
200 East State Street
Alliance, OH 44601

Allied Adjustors Inc.
PO Box 1006
Aliquippa, PA 15001

ANESTHESIA ASSOC OF ALLIANCE
Revenue Recovery Corporation
PO Box 341308
Memphis, TN 38184-1308

Anesthesia Assoc. of Alliance
P.O. Box 503
Canfield, OH 44406-0503

Barclays Bank Delaware
700 Prides Xing
Newark, DE 19713

Barclays Bank Delaware
700 Prides
Newark, DE 19713

BONY NA as ELT for KeyCorp
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

CAA of Columbiana County
7880 Lincoln Place
Lisbon, OH 44432-8322

CAC Financial Corp.
2601 NW Expressway
Suite 1000 East
Oklahoma City, OK 73112-7236

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Carnation Clinic Inc.
1401 South Arch Ave.
Alliance, OH 44601

Cavalry Portfolio Services
P.O. Box 27288
Tempe, AZ 85282-7288

Cavalry Portfolio Services
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

CERASTES, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Citimortgage
P.O. Box 183040
Columbus, OH 43218-3040

CITIMORTGAGE, INC.
PO Box 6030
Sioux Falls, SD 57117-6030

CKS Financial
P.O. Box 2856
Chesapeake, VA 23327-2856

David J. Apothaker, Esq.
520 Fellowship Road
Suite C-306
Mount Laurel, NJ 08054

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Dell Preferred Account
Payment Processing Center
P.O. Box 6403
Carol Stream, IL 60197-6403

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

Ellwood Emergency Phys. Inc.
c/o Outreach Care Group, Inc.
724 Pershing Street
Ellwood City, PA 16117-1499

Fidelity National Collections
P.O. Box 2055
Alliance, OH 44601-0055

First Federal Control Inc.
24700 Chargrin Blvd.
Ste. 205
Cleveland, OH 44122-5662

First National Bank
4140 East State Street
Hermitage, PA 16148

First National Bank of Pennsylvania
4140 E. State St.
Hermitage, PA 16148

General Revenue Corporation
PO Box 89471
OH 44101-6471

Great Lakes Higher Education
P.O. Box 7860
Madison, WI 53707

Heritage Valley Business Office
200 Ohio River Blvd
Baden, PA 15005

HSBC Orchard Bank
Capital One HSBC
P.O. Box 30253
Salt Lake City, UT 84130

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

James McQuistion
827 Fridays Hill Road
New Castle, PA 16101-6723

James McQuiston
827 Fridays Hill Road
New Castle, PA 16101

Jeffeson Capital Systems LLC
16 McLeland Road
Saint Cloud, MN 56303

JP Recovery Services Inc.
P.O. Box 16749
Rocky River, OH 44116-0749

Lowes Consumer
P.O. Box 965005
Orlando, FL 32896

McKesson
PO Box 47710
Jacksonville, FL 32247

Mercy Medical Center
c/o Robert B. Preston III
220 Market Ave. S, Suite 1000
Canton, OH 44702

MidFirst Bank
999 NW Grand Blvd., Ste. 100
Oklahoma City, OK 73162

National City Bank
P.O. Box 94982
CB Dispute Lot #1-7103
Cleveland, OH 44101-4982

Nationwide Credit
1150 East University Drive
1st Floor
Tempe, AZ 85201

NCO Financial Systems Inc.
P.O. Box 15372
Wilmington, DE 19850-5372

Northwest Consumer Discount Co.
1602 Seventh Ave.
Beaver Falls, PA 15010

Oak Harbor Capital VII, LLC
c/o Weinstein, Pinson, & Riley, PS
2001 Western Ave., Ste. 400
Seattle, WA 98121

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

Paula Cialella, Esq.
113 N Mercer St
New Castle, PA 16101

PNC BANK
PO BOX 94982
CLEVELAND, OHIO 44101

Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates
120 Corporate Blvd.
Suite 100
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Premier Bankcard LLC
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Radiology Services of Canton
c/o RBC Inc.
P.O. Box 1548
Mansfield, OH 44901

RBC
P.O. Box 1548
Mansfield, OH 44901-1548

Revenue Recovery Corp.
P.O. Box 341308
Memphis, TN 38184-1308

Round Two Recovery LLC
3690 El
4240 Service Road
Oklahoma City, OK 73135-1737

Ruth A. Magrini
2200 Camberly Circle
Melbourne, FL 32940

Salem Community Hospital
c/o DDY Inc.
PO Box 1171
Salem, OH 44460

Salem Community Hospital
2010 State Street
Salem, OH 44460

Salem Radiologists
2094 East State Street
Suite E
Salem, OH 44460

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Sallie Mae Inc. on behalf of USAF
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430

Wilkes-Barre, PA 18773-9430
UBC Collections
5620 Southwyck Blvd.
Toledo, OH 43614-1501

United Consumer Finance Services
865 Basset Road
Westlake, OH 44145-1142

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Valley Emergency Spectrum
1150 Mkt Street
Youngstown, OH 44512

Walts Body Shop
4075 St. Rt. 7
Columbiana, OH 44408

WebBank/DFS
P.O. Box 81607
Austin, TX 78708

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Matthew Christian Waldt**
**CitiMortgage Inc.**
mwaldt@milsteadlaw.com
Executed on: February 8, 2017

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net

**David H. Lipow**
**CitiMortgage, Inc.**
bkecf@milsteadlaw.com

**OAK HARBOR CAPITAL VII, LLC**
bncmail@w-legal.com