Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kevin W. Brewton** | : | Case No. 13–22212–CMB |
| **dba KB Construction** | : | Chapter: 13 |
| **Cheryl E. Brewton** | : | |
| **fka Cheryl E. Richardson** | : | |
| *Debtor(s)* | : | |
| | : | Related to Claim No. 13 |
| MidFirst Bank | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Kevin W. Brewton, | : | |
| Cheryl E. Brewton and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **9th day of February, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *MidFirst Bank* at Claim No. 13 in the above–captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

*[signature]*
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22212-CMB
Kevin W. Brewton                                                          Chapter 13
Cheryl E. Brewton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1             Date Rcvd: Feb 09, 2017
                              Form ID: 237            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db/jdb         Kevin W. Brewton,    Cheryl E. Brewton,    1248 St. Rt. 551-351 North,    Enon Valley, PA  16120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Dai  Rosenblum    on behalf of Plaintiff Kevin W. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai  Rosenblum    on behalf of Plaintiff Cheryl E. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai  Rosenblum    on behalf of Joint Debtor Cheryl E. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai  Rosenblum    on behalf of Debtor Kevin W. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David H. Lipow    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              James  Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant   CITIMORTGAGE, INC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Matthew Christian Waldt    on behalf of Creditor   CitiMortgage Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11