# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| KEVIN W. BREWTON, and | ) |
| CHERYL E. BREWTON | ) Bankruptcy No.: 13-22212-CMB |
| Debtor(s). | ) |
| | ) |
| | ) Chapter 13 |
| KEVIN W. BREWTON, | ) |
| SSN# XXX-XX-4215 | ) |
| Movant, | ) |
| | ) |
| v. | ) Document No.: 156 |
| | ) |
| MICHAEL HIME CONTRACTING, | ) Related to Document No.: 23 |
| | ) |
| Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

## ORDER TERMINATING WAGE ATTACHMENT

Upon the Motion of the Debtor, Kevin W. Brewton, to terminate the Wage Attachment Order in this case, for good cause shown, the Wage Attachment Order is hereby terminated.

It is further ORDERED that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

It is further ORDERED that this order supersedes previous orders made to the above-named entity in this case.

It is further ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this __26th__ day of __July__, 20__17__.

FILED
7/26/17 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Judge Carlota M. Böhm    dms
United States Bankruptcy Court

cc: Debtor(s)
   Attorney for Debtor(s)
   Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-22212-CMB
Kevin W. Brewton                                                                    Chapter 13
Cheryl E. Brewton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw                 Page 1 of 1              Date Rcvd: Jul 26, 2017
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db/jdb         Kevin W. Brewton,    Cheryl E. Brewton,    1248 St. Rt. 551-351 North,    Enon Valley, PA  16120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
              Dai    Rosenblum     on behalf of Plaintiff Kevin W. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai    Rosenblum     on behalf of Plaintiff Cheryl E. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai    Rosenblum     on behalf of Joint Debtor Cheryl E. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai    Rosenblum     on behalf of Debtor Kevin W. Brewton dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              David H. Lipow    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              James    Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    CITIMORTGAGE, INC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Matthew Christian Waldt    on behalf of Creditor    CitiMortgage Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11