**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/23/2018

IN RE:

KEVIN W. BREWTON
CHERYL E. BREWTON
1248 ST. RT. 551-351 NORTH
ENON VALLEY, PA 16120
XXX-XX-4215        Debtor(s)

XXX-XX-3867

Case No.13-22212 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/23/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MIDFIRST BANK SSB*** <br> ATTN BANKRUPTCY TRUSTEE PMTS* <br> 999 NW GRAND BLVD STE 100 <br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number:13-2 <br> CLAIM:  0.00 <br> COMMENT:  LOAN MOD @ 50*AMD CL=0 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 8919 |
| **FIRST NATIONAL BANK OF PA(*)** <br> LOAN ADJUSTMENT DEPT* <br> 4140 E STATE ST <br> HERMITAGE, PA  16148 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  SURR/PL | CRED DESC:  VEHICLE <br> ACCOUNT NO.: ...44035005 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:3   INT %: 3.00% <br> Court Claim Number:5 <br> CLAIM:  4,301.07 <br> COMMENT:  $CL-PL@3%/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 4215 |
| **GENERAL REVENUE CORP** <br> PO BOX 89471 <br> CLEVELAND, OH  44101-6471 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  CL@46,47*DKT*OHIO INCOME TAXES | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.: ...11683287 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:5   INT %: 0.00% <br> Court Claim Number:5 <br> CLAIM:  3,532.09 <br> COMMENT:  $CL-PL | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.: 4215/3867 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM** <br> POB 129* <br> MONROEVILLE, PA  15146 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  FIRST NATIONAL BANK*DFNCY | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: ...117337A |
| **FIDELITY NATIONAL COLLECTION** <br> DIVISION OF FIDELITY PROPERTY <br> 220 E MAIN ST <br> ALLIANCE, OH  44601 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  ALLIANCE COMM HOSP | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: ...F00002218682 |
| **ANESTHESIA ASSOCIATES OF ALLIANCE** <br> C/O REVENUE RECOVERY CORP <br> PO BOX 50250 <br> KNOCKSVILLE, TN  37950-0250 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number:3 <br> CLAIM:  590.57 <br> COMMENT:  ...A10514/SCH*DK4ADR | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 0361 |
| **BARCLAYS BANK DELAWARE** <br> 125 S WEST ST <br> WILMINGTON, DE  19801 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: ...5140218026289916 |
| **OAK HARBOR CAPITAL VII LLC** <br> C/O WEINSTEIN PINSON & RILEY PS <br> 2001 WESTERN AVE STE 400 <br> SEATTLE, WA  98121 | Trustee Claim Number:10   INT %: 0.00% <br> Court Claim Number:8 <br> CLAIM:  1,011.48 <br> COMMENT:  JUNIPER/BARCLAYS*FR CERASTES*DOC 38 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 9916 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **CAA OF COLUMBIANA COUNTY**<br>7880 LINCOLN PLACE<br><br>LISBON, OH  44432 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...12027 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  5,550.51<br>COMMENT:  2393/SCH*CAPITAL ONE BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3965 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  1,246.71<br>COMMENT:  CAPITAL ONE NA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8823 |
| **CARNATION CLINIC INC**<br>1401 SOUTH ARCH AVE<br><br>ALLIANCE, OH  44601 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...35320 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  1,202.13<br>COMMENT:  GE RETAIL BANK/LOWES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3940 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br><br>GREENVILLE, SC  29603-0390 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  1,144.33<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6680 |
| **ELLWOOD EMERGENCY PHYSICIANS INC**<br>C/O OUTREACH CARE GROUP INC<br>724 PERSHING ST<br><br>ELLWOOD CITY, PA  16117 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ....ELW0000928181 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DEFNCY*REPO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...44082250 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  7,848.73<br>COMMENT:  FR BONY/GREAT LAKES HIGHER EDUCATION-DOC 64 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3867 |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>2 PEACHTREE WY<br><br>BEAVER, PA  15009-1954 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ....5053446745 |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  1,173.15<br>COMMENT:  HSBC ORCHARD BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2955 |
| **JAMES MCQUISTON**<br>827 FRIDAYS HILL RD<br><br>NEW CASTLE, PA  16101 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DISPUTED | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **GECC/ LOWE'S++**<br>POB 103104<br><br>ROSWELL, GA  30076 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ....798192439912 |
| **MCKESSON**<br>POB 47710<br><br>JACKSONVILLE, FL  32247 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **MERCY MEDICAL CENTER**<br>C/O ROBERT B PRESTON III<br>220 MARKET AVE S - STE 1000<br><br>CANTON, OH  44702 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  299.75<br>COMMENT:  6652/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4215 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  3,700.00<br>COMMENT:  573463~NATIONAL CITY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3748 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  19044 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH\*EMERGENCY PRO SRVCS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...QMA79 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br><br>WARREN, PA  16365 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ....41400000171980 |
| **PAULA CIALELLA ESQ**<br>113 N MERCER ST<br><br>NEW CASTLE, PA  16101 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DISPUTED | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br><br>NORFOLK, VA  23502 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...CV362012 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br><br>VACAVILLE, CA 95696 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5178006062530920 |
| **RADIOLOGY SERVICES OF CANTON**<br>PO BOX 1548<br><br>MANSFIELD, OH 44901 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 82.80<br>COMMENT: 3391/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4215 |
| **ROUND TWO RECOVERY LLC**<br>3690 EL<br>4240 SERVICE RD<br><br>OKLAHOMA CITY, OK 73135 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*EMERGENCY PROF SRVCS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1839-192600939... |
| **RUTH A MAGRINI**<br>2200 CAMBERLY CIRCLE<br><br>MELBOURNE, FL 32940 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SALEM COMMUNITY HOSPITAL**<br>C/O DDY INC<br>PO BOX 1171<br><br>SALEM, OH 44460 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 157.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0048 |
| **SALEM RADIOLOGISTS**<br>2094 E STATE ST<br>STE E<br><br>SALEM, OH 44460 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2106... |
| **SALLIE MAE INC O/B/O USAF - MC E2148***<br>ATTN DEPOSIT OPERATIONS<br>PO BOX 6180<br><br>INDIANAPOLIS, IN 46206-6180 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 25,286.31<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3867 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SALEM RADIOLOGISTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2106... |
| **UNITED CONSUMER FINANCIAL SERV**<br>C/O BASS & ASSOCIATES PC*<br>3936 E FT LOWELL RD STE 200<br><br>TUCSON, AZ 85712 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,238.47<br>COMMENT: W/48 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2133 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: VALLEY EMERGENCY SPECTRUM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **WALTS BODY SHOP**<br>4075 ST RT 7<br><br>COLUMBIANA, OH  44408 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN  56303 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6879450119044066680 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:13-2<br><br>CLAIM:  0.00<br>COMMENT:  LOAN MOD @ 50*AMD CL=0 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  8919 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  13,721.16<br>COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4215 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:13-2<br><br>CLAIM:  37,023.65<br>COMMENT:  LOAN MOD @ 50*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  8919 |
| **STATE OF OHIO - ATTORNEY GENERAL(*)**<br>COLLECTION ENFORCEMENT<br>150 E GAY ST<br>21ST FL<br>COLUMBUS, OH  43215 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  1,529.79<br>COMMENT:  2590; 6695; 5920*NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2590/6695/5920 |
| **STATE OF OHIO - ATTORNEY GENERAL(*)**<br>COLLECTION ENFORCEMENT<br>150 E GAY ST<br>21ST FL<br>COLUMBUS, OH  43215 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  288.64<br>COMMENT:  SCH@4*$CL-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  8447 |
| **UNITED CONSUMER FINANCIAL SERV**<br>C/O BASS & ASSOCIATES PC*<br>3936 E FT LOWELL RD STE 200<br><br>TUCSON, AZ  85712 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  217.50<br>COMMENT:  $CL-PL@0%MDF~PRO RATA/PL*NO SEC/SCH*W/39 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  2133 |
| **ALLIED ADJUSTORS**<br>PO BOX 1006<br><br>ALIQUIPPA, PA  15001 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  157.00<br>COMMENT:  NT/SCH*BRIGHTON RADIOLOGY | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  ? |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:013-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4PMT-LMT*LOAN MOD*BGN 1/17*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  8919 |