**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  KEVIN W. BREWTON<br>CHERYL E. BREWTON<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  KEVIN W. BREWTON<br>CHERYL E. BREWTON<br><br>      Respondents | Case No.13-22212CMB<br><br>Chapter 13<br><br>Document No. 166 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __22nd__ day of __June__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> All Administration
> Attn Payroll Manager
> 13549 Woodworth Rd
> New Springfield, OH 44443

is hereby ordered to immediately terminate the attachment of the wages of CHERYL E. BREWTON, social security number XXX-XX-3867. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHERYL E. BREWTON.

~~FURTHER ORDERED~~:

BY THE COURT:

*Carlota M. Böhm* **dms**

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

> FILED
> 6/22/18 11:31 am
> CLERK
> U.S. BANKRUPTCY
> COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22212-CMB
Kevin W. Brewton                                                        Chapter 13
Cheryl E. Brewton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw                Page 1 of 1            Date Rcvd: Jun 22, 2018
                            Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
db/jdb         Kevin W. Brewton,    Cheryl E. Brewton,    1248 St. Rt. 551-351 North,    Enon Valley, PA  16120
              +AllAdministration,   Atten: Payroll,    13549 Woodworth Rd,   Neww Springfield, OH 44443-9768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
              Dai Rosenblum    on behalf of Plaintiff Kevin W. Brewton Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Plaintiff Cheryl E. Brewton Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Joint Debtor Cheryl E. Brewton Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Debtor Kevin W. Brewton Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              David H. Lipow    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    CITIMORTGAGE, INC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Matthew Christian Waldt    on behalf of Creditor    CitiMortgage Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11