# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

| | |
|---|---|
| In re: ) | |
| ) | |
| KEVIN W. BREWTON, AND ) | Case No: 13-22212-CMB |
| CHERYL E. BREWTON, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Document No.: 169 |
| KEVIN W. BREWTON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

## CHAPTER 13 DEBTOR'S CERTIFICATION
## REGARDING DISCHARGE ELIGIBILITY

To the Court:

    1. The Debtor has made all payments required by the Chapter 13 Plan.

    2. The Debtor is not required to pay any Domestic Support Obligations.

    3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

    4. On June 9, 2013, at docket number 14, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

July 19, 2018                              /s/ Dai Rosenblum, Esq.
                                           Dai Rosenblum, Attorney for the Debtor
                                           254 New Castle Road, Suite B
                                           Butler, PA  16001-2529
                                           (724) 283-2900 PA ID No. 31802
                                           dai@dairosenblumbankruptcy.com

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):[Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.] *OR* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]