# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

| | |
|---|---|
| In re: | ) |
| | ) |
| KEVIN W. BREWTON, AND | ) Case No: 13-22212-CMB |
| CHERYL E. BREWTON, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Document No.: 170 |
| CHERYL E. BREWTON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

## CHAPTER 13 DEBTOR'S CERTIFICATION
## REGARDING DISCHARGE ELIGIBILITY

To the Court:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 9, 2013, at docket number 14, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

July 19, 2018
/s/ Dai Rosenblum, Esq.
Dai Rosenblum, Attorney for the Debtor
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com

Case 13-22212-CMB    Doc 170    Filed 07/19/18    Entered 07/19/18 11:58:02    Desc Main
Document      Page 2 of 3

This Certification is being signed under penalty of perjury by *(include whichever one of the two following statements applies)*:[Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.] *OR* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]