Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin W. Brewton
dba KB Construction
Cheryl E. Brewton
fka Cheryl E. Richardson**
   Debtor(s)

Bankruptcy Case No.: 13−22212−CMB

Chapter: 13
Docket No.: 174 − 173

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of September, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/26/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/7/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/26/18.**

                                                          Carlota M. Bohm
                                                          United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22212-CMB
Kevin W. Brewton                                                          Chapter 13
Cheryl E. Brewton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 3              Date Rcvd: Sep 26, 2018
                               Form ID: 408            Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
```
db/jdb         Kevin W. Brewton,   Cheryl E. Brewton,    1248 St. Rt. 551-351 North,    Enon Valley, PA 16120
aty           +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2719
13643994      +AAS Debt Recovery,    PO Box 129,   Monroeville, PA 15146-0129
13651191       ANESTHESIA ASSOC OF ALLIANCE,    Revenue Recovery Corporation,    PO Box 341308,
                Memphis, TN 38184-1308
13643995      +Alliance Community Hospital,    200 East State Street,    Alliance, OH 44601-4936
13780335      +Allied Adjustors Inc.,    PO Box 1006,   Aliquippa, PA 15001-0806
13643996       Anesthesia Assoc. of Alliance,    P.O. Box 503,   Canfield, OH 44406-0503
13650964       BONY NA as ELT for KeyCorp,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13643998      +Barclays Bank Delaware,    700 Prides,   Newark, DE 19713-6102
13643997      +Barclays Bank Delaware,    700 Prides Xing,   Newark, DE 19713-6102
13643999      +CAA of Columbiana County,    7880 Lincoln Place,    Lisbon, OH 44432-8324
13644000       CAC Financial Corp.,   2601 NW Expressway,    Suite 1000 East,    Oklahoma City, OK 73112-7236
13644002      +Carnation Clinic Inc.,    1401 South Arch Ave.,   Alliance, OH 44601-4288
13710173       CitiMortgage, Inc.,   P.O. Box 6030,    Sioux Falls, SD 57117-6030
13644004       Citimortgage,   P.O. Box 183040,    Columbus, OH 43218-3040
13706927     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,      Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
13644006      +David J. Apothaker, Esq.,    520 Fellowship Road,    Suite C-306,    Mount Laurel, NJ 08054-3410
13978384       ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13644008       Ellwood Emergency Phys. Inc.,    c/o Outreach Care Group, Inc.,    724 Pershing Street,
                Ellwood City, PA 16117-1499
13644009      #Fidelity National Collections,    P.O. Box 2055,    Alliance, OH 44601-0055
13644010      +First Federal Control Inc.,    24700 Chargrin Blvd.,    Ste. 205,    Cleveland, OH 44122-5662
13644011      +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13644012      +First National Bank of Pennsylvania,    4140 E. State St.,    Hermitage, PA 16148-3401
13644013       General Revenue Corporation,    PO Box 89471,   OH 44101-6471
13644014      +Great Lakes Higher Education,    P.O. Box 7860,   Madison, WI 53707-7860
13644016      +HSBC Orchard Bank,    Capital One HSBC,   P.O. Box 30253,    Salt Lake City, UT 84130-0253
13644015      +Heritage Valley Business Office,    200 Ohio River Blvd,    Baden, PA 15005-1914
13644021       JP Recovery Services Inc.,    P.O. Box 16749,   Rocky River, OH 44116-0749
13644018       James McQuiston,   827 Fridays Hill Road,    New Castle, PA 16101-6723
13644019      +James McQuiston,   827 Fridays Hill Road,    New Castle, PA 16101-6723
13644023      +McKesson,   PO Box 47710,    Jacksonville, FL 32247-7710
13644024      +Mercy Medical Center,    c/o Robert B. Preston III,    220 Market Ave. S, Suite 1000,
                Canton, OH 44702-2171
14208686      +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13644025       National City Bank,   P.O. Box 94982,    CB Dispute Lot #1-7103,    Cleveland, OH 44101-4982
13644026      +Nationwide Credit,    1150 East University Drive,    1st Floor,    Tempe, AZ 85281-8674
13646293      +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13644029      +Paula Cialella, Esq.,    113 N Mercer St,   New Castle, PA 16101-3813
13644032       Premier Bankcard LLC,    3820 N. Louise Ave.,   Sioux Falls, SD 57107-0145
13644034     ++RBC,   PO BOX 1548,   MANSFIELD OH 44901-1548
              (address filed with court: RBC,    P.O. Box 1548,    Mansfield, OH 44901-1548)
13644033      +Radiology Services of Canton,    c/o RBC Inc.,   P.O. Box 1548,    Mansfield, OH 44901-1548
13644036       Round Two Recovery LLC,    3690 EI,   4240 Service Road,    Oklahoma City, OK 73135-1737
13644037      +Ruth A. Magrini,    2200 Camberly Circle,   Melbourne, FL 32940-8534
13644039     ++SCH PROFESSIONAL CORPORATION,    2525 SOUTHEAST BLVD,    SALEM OH 44460-3464
              (address filed with court: Salem Radiologists,     2094 East State Street,    Suite E,
                Salem, OH  44460)
13662476      +Salem Community Hospital,    c/o DDY Inc.,   PO Box 1171,    Salem, OH 44460-8171
13644038       Salem Community Hospital,    2010 State Street,    Salem, OH 44460
13660909       Sallie Mae Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,     P.O. Box 9430,
                Wilkes-Barre, PA 18773-9430
13644041       UBC Collections,    5620 Southwyck Blvd.,   Toledo, OH 43614-1501
14852405      +United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison  WI 53708-8961
13644043       Valley Emergency Spectrum,    1150 Mkt Street,   Youngstown, OH 44512
13644044      +Walts Body Shop,    4075 St. Rt. 7,   Columbiana, OH 44408-9525
13644045      +WebBank/DFS,    P.O. Box 81607,   Austin, TX 78708-1607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bnc@bass-associates.com Sep 27 2018 03:15:03
                United Consumer Financial Services,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Ste. 200,    Tucson, AZ 85712-1083
13644001       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 03:11:17     Capital One Bank,
                P.O. Box 5155,   Norcross, GA 30091
13644003       E-mail/Text: bankruptcy@cavps.com Sep 27 2018 03:16:51    Cavalry Portfolio Services,
                P.O. Box 27288,   Tempe, AZ 85282-7288
13674596      +E-mail/Text: bncmail@w-legal.com Sep 27 2018 03:16:43    CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0315-2            User: dsaw                  Page 2 of 3                   Date Rcvd: Sep 26, 2018
                                Form ID: 408                Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13644005       E-mail/Text: jsanders@cksfin.com Sep 27 2018 03:15:53      CKS Financial,    P.O. Box 2856,
                Chesapeake, VA 23327-2856
13656513      +E-mail/Text: bankruptcy@cavps.com Sep 27 2018 03:16:51      Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13644017       E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 03:15:16      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13644020       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 27 2018 03:16:47      Jeffeson Capital Systems LLC,
                16 McLeland Road,    Saint Cloud, MN 56303
13644022      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 03:11:41      Lowes Consumer,   P.O. Box 965005,
                Orlando, FL 32896-5005
13644027       E-mail/Text: bankruptcydepartment@tsico.com Sep 27 2018 03:17:20      NCO Financial Systems Inc.,
                P.O. Box 15372,    Wilmington, DE 19850-5372
13816286      +E-mail/Text: bncmail@w-legal.com Sep 27 2018 03:17:02      Oak Harbor Capital VII, LLC,
                c/o Weinstein, Pinson, & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13683037      +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Sep 27 2018 03:17:16
                Ohio Department of Taxation,    Bankruptcy Division,    P.O. Box 530,    Columbus, OH 43216-0530
13644030       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 03:42:58
                Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
13644031       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 03:12:27
                Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541
13694197       E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2018 03:15:42
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13644040      +E-mail/PDF: pa_dc_claims@navient.com Sep 27 2018 03:25:27      Sallie Mae,    P.O. Box 9500,
                Wilkes Barre, PA 18773-9500
13644042      +E-mail/Text: EBankruptcy@UCFS.NET Sep 27 2018 03:17:55      United Consumer Finance Services,
                865 Basset Road,    Westlake, OH 44145-1194
13708858      +E-mail/Text: bnc@bass-associates.com Sep 27 2018 03:15:03
                United Consumer Financial Services,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage Inc.
cr              CitiMortgage, Inc.
cr              MIDFIRST BANK
cr*             CITIMORTGAGE, INC.,   PO Box 6030,    Sioux Falls, SD  57117-6030
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
cr*            +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
cr*            +OAK HARBOR CAPITAL VII, LLC,    c/o Weinstein, Pinson, & Riley, PS,
                 2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
13644007*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Preferred Account,     Payment Processing Center,   P.O. Box 6403,
                 Carol Stream, IL 60197-6403)
13716861*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,   Norfolk VA 23541)
13644028     ##+Northwest Consumer Discount Co.,    1602 Seventh Ave.,    Beaver Falls, PA 15010-4012
13644035      ##Revenue Recovery Corp.,    P.O. Box 341308,   Memphis, TN 38184-1308
                                                                                     TOTALS: 3, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                 Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dsaw                 Page 3 of 3                  Date Rcvd: Sep 26, 2018
                              Form ID: 408               Total Noticed: 69
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
          Dai   Rosenblum    on behalf of Joint Debtor Cheryl E. Brewton Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum    on behalf of Debtor Kevin W. Brewton Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum    on behalf of Plaintiff Kevin W. Brewton Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum    on behalf of Plaintiff Cheryl E. Brewton Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          David H. Lipow    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Defendant    CITIMORTGAGE, INC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Leon P. Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Matthew Christian Waldt    on behalf of Creditor    CitiMortgage Inc. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```