## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

In re: | Case No. 13-22212CMB
KEVIN W. BREWTON
CHERYL E. BREWTON
Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/23/2013.

2) The plan was confirmed on 07/15/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 03/14/2014, 02/28/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/14/2018.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,748.16.

10) Amount of unsecured claims discharged without payment: $79,843.53.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $71,822.76 |
| Less amount refunded to debtor | $416.22 |

**NET RECEIPTS:** $71,406.54

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $8,343.90 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,746.49 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $11,090.39

Attorney fees paid and disclosed by debtor:    $1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAS DEBT RECOVERY INC/AMERICA | Unsecured | 4,844.00 | NA | NA | 0.00 | 0.00 |
| ALLIED ADJUSTORS | Unsecured | NA | 157.00 | 157.00 | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES OF ALLIA | Unsecured | 590.57 | 590.57 | 590.57 | 12.49 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 1,031.00 | NA | NA | 0.00 | 0.00 |
| CAA OF COLUMBIANA COUNTY | Unsecured | 47.20 | NA | NA | 0.00 | 0.00 |
| CARNATION CLINIC INC | Unsecured | 2,749.93 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 1,176.00 | 1,202.13 | 1,202.13 | 25.44 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 923.62 | 1,144.33 | 1,144.33 | 24.22 | 0.00 |
| ECMC(*) | Unsecured | 7,806.86 | 7,848.73 | 7,848.73 | 166.08 | 0.00 |
| ELLWOOD EMERGENCY PHYSICIAN: | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY NATIONAL COLLECTION | Unsecured | 15,774.79 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 3,813.58 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 8,065.62 | NA | NA | 0.00 | 0.00 |
| GECC/ LOWE'S++ | Unsecured | 855.61 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE CORP | Priority | 2,757.76 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY HEALTH SYSTEM | Unsecured | 1,737.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 13,413.04 | 3,532.09 | 3,532.09 | 3,532.09 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 3,746.27 | 4,301.07 | 4,301.07 | 4,301.07 | 236.56 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 13,721.16 | 13,721.16 | 290.34 | 0.00 |
| JAMES MCQUISTON | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MCKESSON | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MERCY MEDICAL CENTER | Unsecured | 299.75 | 299.75 | 299.75 | 6.35 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 89,221.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 0.00 | 37,023.65 | 37,023.65 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 89,896.35 | 0.00 | 13,324.66 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL VII LLC | Unsecured | 1,011.48 | 1,011.48 | 1,011.48 | 21.40 | 0.00 |
| PAULA CIALELLA ESQ | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PNC BANK NA | Unsecured | 3,150.00 | 3,700.00 | 3,700.00 | 78.29 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 5,744.21 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 5,744.21 | 5,550.51 | 5,550.51 | 117.45 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,594.00 | 1,246.71 | 1,246.71 | 26.38 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 379.58 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOI | Unsecured | 1,173.15 | 1,173.15 | 1,173.15 | 24.83 | 0.00 |
| RADIOLOGY SERVICES OF CANTON | Unsecured | 82.80 | 82.80 | 82.80 | 1.75 | 0.00 |
| ROUND TWO RECOVERY LLC++ | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| RUTH A MAGRINI++ | Unsecured | 1,248.02 | NA | NA | 0.00 | 0.00 |
| SALEM COMMUNITY HOSPITAL | Unsecured | 157.00 | 157.00 | 157.00 | 3.32 | 0.00 |
| SALEM RADIOLOGISTS | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC O/B/O USAF - MC EZ | Unsecured | 25,162.43 | 25,286.31 | 25,286.31 | 535.06 | 0.00 |
| STATE OF OHIO - ATTORNEY GENER | Priority | 0.00 | 288.64 | 288.64 | 288.64 | 0.00 |
| STATE OF OHIO - ATTORNEY GENER | Unsecured | 0.00 | 1,529.79 | 1,529.79 | 32.37 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SER | Unsecured | 1,538.00 | 1,238.47 | 1,238.47 | 26.21 | 0.00 |
| UNITED CONSUMER FINANCIAL SER | Secured | 0.00 | 217.50 | 217.50 | 217.50 | 0.00 |
| UNITED STUDENT AID FUNDS INC (U | Unsecured | 0.00 | 25,286.31 | 0.00 | 0.00 | 0.00 |
| WALTS BODY SHOP | Unsecured | 114.56 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 1,144.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $37,023.65 | $50,348.31 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,518.57 | $4,518.57 | $236.56 |
| **TOTAL SECURED:** | **$41,542.22** | **$54,866.88** | **$236.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,820.73 | $3,820.73 | $0.00 |
| **TOTAL PRIORITY:** | **$3,820.73** | **$3,820.73** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$65,939.89** | **$1,391.98** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $11,090.39 |
| Disbursements to Creditors | $60,316.15 |
| **TOTAL DISBURSEMENTS** : | **$71,406.54** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/13/2018            By: /s/ Ronda J. Winnecour
                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**